TEXAS & P. RY. CO. v. STEVENS.
(No. 1391.)

(Court of Civil Appeals of Texas. Texarkana. Jan. 21, 1915. Rehearing Denied Jan. 28, 1915.)

APPEAL AND ERROR &=1001—REVIEW—VERDICT.

Where there is any evidence to support it, a verdict will be upheld on appeal.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3922, 3928–3934; Dec. Dig. &=1001.]

Appeal from Fannin County Court; Rosser Thomas, Judge.

Action by Ben Stevens against the Texas & Pacific Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed.

J. F. Holt and Head, Smith, Hare & Head, all of Sherman, and Geo. Thompson, of Dallas, for appellant. Cunningham & McMahon, of Bonham, for appellee.

HODGES, J. The appellee sued the appellant to recover damages in the sum of $250, alleged to be the value of an animal injured in a collision with one of appellant's trains. The facts show that the animal was killed in the corporate limits of the city of Bonham, near the passenger depot. After a trial before a jury, a judgment was rendered in the appellee's favor for $200.

Appellant insists that the testimony was insufficient to support the verdict and judgment, and that the court should have given a peremptory instruction directing a verdict for the appellant. We have carefully examined the evidence, and think the assignment should be overruled. There was evidence upon which the jury might base a finding of the negligence alleged.

The remaining assignments of error are without merit, and are overruled.

The judgment is affirmed.